B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

In re: Heritage Standard Corp.

Debtor

Case No. 10-36485-hdh

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS[1]

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | (5) Estimated amount of claim as of 9/14/2010 (if secured also state value of security) |
|---|---|---|---|---|
| Aquila Drilling Company LP<br>2525 Kell Blvd.<br>Suite 405<br>Wichita Falls, TX 76308 | Warren Ayres<br>Aquila Drilling Company LP<br>2525 Kell Blvd.<br>Suite 405<br>Wichita Falls, TX 76308<br><br>940-723-7323 | Trade | C<br>U<br>D | $4,926,430 |
| Pathfinder Energy Services, Inc.<br>6213 W. Interstate 20<br>Midland, TX 79706-3347 | George Moody<br>Pathfinder Energy Services, Inc.<br>6213 W. Interstate 20<br>Midland, TX 79706-3347<br><br>337-233-3982 | Trade | C<br>U<br>D | $1,566,000 |
| Weatherford US LP<br>11943 Fm 529 Rd.<br>Houston, TX 77041 | Chrissy Sebesta<br>Weatherford US LP<br>11943 Fm 529 Rd.<br>Houston, TX 77041<br><br>713-896-8194 | Trade | C<br>U<br>D | $826,375 |
| C.C. Forbes Company LP<br>4783 S. Us Highway 281<br>Alice, TX 78332 | Franchesca Casas<br>C.C. Forbes Company LP<br>4783 S. Us Highway 281<br>Alice, TX 78332<br><br>361-396-1898 | Trade | | $793,845 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | (5) Estimated amount of claim as of 9/14/2010 (if secured also state value of security) |
|---|---|---|---|---|
| SWACO<br>8522 Andrews Hwy<br>Odessa, TX 79765-2831 | Maira Sosa<br>SWACO<br>8522 Andrews Hwy<br>Odessa, TX 79765-2831<br><br>432-550-2944 | Trade | | $718,747 |
| Aries Well Service, Inc.<br>2626 W. Marland<br>P.o. Box 784<br>Hobbs, NM 88240 | Glenda Saxon<br>Aries Well Service, Inc.<br>2626 W. Marland<br>P.o. Box 784<br>Hobbs, NM 88240<br><br>575-393-7447 | Trade | | $469,997 |
| Simons Petroleum<br>210 Park Avenue<br>Suite 1800<br>Oklahoma City, OK 73102 | Susan Bodger<br>Simons Petroleum<br>210 Park Avenue<br>Suite 1800<br>Oklahoma City, OK 73102<br><br>405-848-3500 | Trade | | $259,316 |
| Coastal Chemical Co., LLC<br>6133 Highway 90e<br>Broussard, LA 70518 | Carrie Durk<br>Coastal Chemical Co., LLC<br>6133 Highway 90e<br>Broussard, LA 70518<br><br>337-898-0001 | Trade | | $244,723 |
| Patterson Rental Tools<br>1208 Airport Road<br>Alice, TX 78332 | Barbara Lawrence<br>Patterson Rental Tools<br>1208 Airport Road<br>Alice, TX 78332<br><br>361-668-8231 | Trade | | $229,160 |
| ITS Rental & Sales<br>10708 Hwy 191<br>Midland, TX 79707 | Chris Bowman<br>ITS Rental & Sales<br>10708 Hwy 191<br>Midland, TX 79707<br><br>432-617-1945 | Trade | | $224,918 |

| (1)<br>*Name of creditor and complete mailing address, including zip code* | (2)<br>*Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2]* | (5)<br>*Estimated amount of claim as of 9/14/2010 (if secured also state value of security)* |
|---|---|---|---|---|
| Arguijo Oilfield Serv., Inc.<br>2800 W. 42nd Street<br>Odessa, TX 79764 | Pete Hibler<br>Arguijo Oilfield Serv., Inc.<br>2800 W. 42nd Street<br>Odessa, TX 79764<br><br>432-586-5650 | Trade | | $193,318 |
| Smith International, Inc.<br>1310 Rankin Rd<br>Houston, TX 77073 | -<br>Smith International, Inc.<br>1310 Rankin Rd<br>Houston, TX 77073<br><br>281-443-3370 | Trade | | $188,760 |
| Nave Oil & Gas, LLC<br>4008 N. Grimes<br>#137<br>Hobbs, TX 88240 | Steve Nave<br>Nave Oil & Gas, LLC<br>4008 N. Grimes<br>#137<br>Hobbs, TX 88240<br><br>575-631-9518 | Trade | | $188,089 |
| O-TEX Pumping, LLC<br>7303 N. Highway 81<br>Duncan, OK 73533 | Lisa Ford<br>O-TEX Pumping, LLC<br>7303 N. Highway 81<br>Duncan, OK 73533<br><br>432-686-8559 | Trade | | $185,050 |
| Frac Tech Services, Ltd<br>16858 Ih 20<br>Cisco, TX 76437 | Jeff Vogt<br>Frac Tech Services, Ltd<br>16858 Ih 20<br>Cisco, TX 76437<br><br>817-850-1008 | Trade | | $153,721 |
| Well-Foam, Inc.<br>1330 East 8th Street<br>Suite 320<br>Odessa, TX 79761 | Stewart Mckeehan<br>Well-Foam, Inc.<br>1330 East 8th Street<br>Suite 320<br>Odessa, TX 79761<br><br>432-238-0979 | Trade | | $152,881 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[2] | (5) Estimated amount of claim as of 9/14/2010 (if secured also state value of security) |
|---|---|---|---|---|
| Liberty Pump & Supply Co.<br>816 E. Hendricks Blvd<br>Wink, TX 79789 | Jennifer Ramirez<br>Liberty Pump & Supply Co.<br>816 E. Hendricks Blvd<br>Wink, TX 79789<br><br>432-527-3412 | Trade | | $147,595 |
| Double R. Pipe & Supply, Inc<br>County Rd 97<br>Lovington, NM 88260 | Amy Kirkpatrick<br>Double R. Pipe & Supply, Inc<br>County Rd 97<br>Lovington, NM 88260<br><br>575-396-4586 | Trade | | $139,915 |
| Baker Oil Tools<br>9100 Emmott Road<br>Houston, TX 77040 | Christopher J. Ryan<br>Baker Oil Tools<br>9100 Emmott Road<br>Houston, TX 77040<br><br>713-466-1322 | Trade | | $119,850 |
| O-D Rentals<br>8701 W. County Road<br>Odessa, TX 79764 | Ryan J. Mcneel<br>O-D Rentals<br>8701 W. County Road<br>Odessa, TX 79764<br><br>432-550-8844 | Trade | | $113,643 |

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. All claims are subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments, which are not reflected on this schedule.

[2] All claims are subject to reconciliations, credits, and adjustments, which are not reflected on this list.

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION, LLC, OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 9/14/2010

Michael B. Wisenbaker
President and CEO

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.