## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | |
|---|---|
| In re: ) | **Case No. 10-36485-HDH-11** |
| ) | Chapter 11 |
| **Heritage Standard Corp.** ) | |
| ) | |
| Debtor ) | |

## STATEMENT OF FINANCIAL AFFAIRS

### *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statement*

The Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Schedules and Statement") filed by Heritage Standard Corporation, (the "Debtor"), the debtor in the above-captioned bankruptcy case, are unaudited and were prepared pursuant to 11 U.S.C. §521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and Statement were prepared by the Debtor, with the assistance of Bridge Associates, LLC ("Bridge"), its financial advisor. The Debtor has made reasonable efforts to file complete and accurate Schedules and Statement based upon information available at the time of preparation and in consultation with the Debtor's management and employees. However, as a result of the complexity of the Debtor's business operations, the Schedules and Statement remain subject to further revision and verification. Subsequent information may result in material changes in financial and other data contained in the Schedules and Statement. The Debtor reserves its right to amend the Schedules and Statement from time to time as may be necessary or appropriate. This Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statement (the "Global Notes") is incorporated by reference in, and comprises an integral part of, the Schedules and Statement and should be referred to and reviewed in connection with any review of the Schedules and Statement.

1. Description of the Case and "As Of" Information Date.  On September 14, 2010 (the "Petition Date"), the Debtor filed its voluntary petitions for relief under Chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). Except as otherwise noted herein, all information in the Schedules and Statement is as reflected in the Debtor's books and records as of the Petition Date.

2. Basis of Presentation.  These Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles, nor are they intended to fully reconcile to any financial statements otherwise prepared and/or distributed by the Debtors.

3. Summary of Significant Reporting Policies.  The Debtor, in consultation with Bridge, adopted the "book value" valuation convention in the preparation of the Schedules and Statement. The "book value" valuation convention uses historical acquisition costs less depreciation (if applicable) as recorded on the Debtor's books as of the Petition Date.

In re:  **Heritage Standard Corp.**                                                                                    **Case No. 10-36485-HDH-11**

Debtor

        At this stage of the Debtor's bankruptcy case, the Debtor believes that it is unnecessary, prohibitively expensive, and unduly burdensome to obtain and provide current market valuations of the Debtor's assets and liabilities. Accordingly, unless otherwise noted, the Schedules and Statement reflect the carrying value of the assets and liabilities as listed in the Debtor's books and records.

        (a)     Real Property and Personal Property – Leased. In the ordinary course of its businesse, the Debtor leased real property from certain third-party lessors. Every attempt has been made to set forth all such leases in the Schedules and Statement. The property subject to leases may be reflected in the Schedules and Statement as either property or assets owned by the Debtor or property or assets of third-parties within the control of the Debtor. However, nothing in the Schedules or Statement is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether such lease is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to all such issues. Furthermore, the listing of any property owned or leased by the Debtor as personal or real property is for purposes of the Schedules and Statement only and does not necessarily constitute the legally correct classification of the Debtor's interest in such property. The Debtor reserves all of its rights to dispute or challenge the classification of any real or personal property listed within the Schedules and Statement.

        (b)     Causes of Action. The Debtor reserves all of its rights with respect to any causes of action it may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver or release of any such causes of action. The Schedules and Statement do not include administrative or other proceedings.

        (c)     Schedule D.    The Debtor reserves the right to dispute or challenge the validity, extent, priority, perfection, immunity from avoidance, or other challenge of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all of its rights to dispute or challenge the secured status of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided on Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, validity, and priority of any liens. Nothing in the Global Notes or in the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreement.

In re:  **Heritage Standard Corp.**                                                    **Case No. 10-36485-HDH-11**
        Debtor

      (d)   Schedule F.  Schedule F sets forth the liabilities of the Debtor to specific creditors as such amounts are reflected on the books and records of the Debtor as of the Petition Date.  The claims listed arose or were incurred on various dates.  In certain instances, the date on which the claim arose is unclear.  While reasonable efforts have been made, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for which each claim listed on Schedule F.  Schedule F also contains information regarding related parties involving the Debtor.  The amounts for these potential claims are listed as undetermined and marked as unliquidated and disputed in the Schedules.  Schedule F contains information regarding pending litigation involving the Debtor.  The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated and disputed in the Schedules.

      (e)   Schedule G. While every effort has been made to ensure the accuracy of the Schedule of Executory Contracts, inadvertent errors or omissions may exist or have occurred.  The Debtor hereby reserves all of its rights to dispute the validity, status, or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule as necessary.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Additionally, the Debtor may be a party to various other agreements concerning real property, such as easements, rights of way, subordination, nondisturbance, supplemental agreements, amendments/letter agreements, title documents, consents, site plans, maps and other miscellaneous agreements. Such agreements, if any, are not set forth on Schedule G.  Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules and Statements, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.  Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  Accordingly, the Debtor reserves all of its rights, claims, and causes of action with respect to any such omitted contracts or agreements.

      (f)   Disputed, Contingent and/or Unliquidated Claims.  Schedules D, E and F permit the Debtor to designate a claim as disputed, contingent and/or unliquidated. A failure to designate a claim on any of these Schedules as disputed, contingent and/or unliquidated does not constitute an admission that such claim is not subject to objection. The Debtor reserves its right to dispute, or assert offsets or defenses to, any claim reflected on the Schedules and Statements as to amount, liability or status.

In re:  **Heritage Standard Corp.**                                          **Case No. 10-36485-HDH-11**
                        Debtor

     (g)    Allocation of Liabilities Between Pre-Petition and Post-Petition Periods.  The Debtor, in conjunction with Bridge, has made every effort to allocate liabilities between pre-petition and post-petition periods based upon the information and research that was conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

     (h)    Credits and Allowances.  The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts. The claims of individual creditors for, among other things, services or taxes are generally listed as the lower of the amounts invoiced by such creditor and the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits and allowances. In addition, the Bankruptcy Court has approved the payment of certain pre-petition claims against the Debtor, including, without limitation, certain claims of employees for wages, salaries, contributions to benefit plans, reimbursement of business expenses and other claims, as well as certain tax obligations. Such claims may not be reflected in Schedule E or Schedule F.

     (i)    Related Receivables and Payables.  Related Receivables and Payables consist of the transfer of cash between and among the related parties and the pass-through of revenues related to each respective related party through the centralized cash management system of the Debtor.

FORM 7. STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

| NORTHERN | DISTRICT OF | TEXAS |
|---|---|---|

In re: **Heritage Standard Corp.**                                                    Case No. **10-36485-HDH-11**

_____
Debtor                                                                                                   Chapter 11

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in a business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C § 101.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

Heritage Standard Corp.

Case No. 10-36485-HDH-11

Chapter 11

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceeding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.)

None ☐

| Amount | Source | Fiscal Period |
|---|---|---|
| $980,789 | Income from working interests, well overhead and other income | 1/1/2008 through 12/31/2008 |

Total Income for Fiscal Period    1/1/2008  Through    12/31/2008    =  $980,789

| Amount | Source | Fiscal Period |
|---|---|---|
| $2,307,130 | Income from working interests, well overhead and other income | 1/1/2009 through 12/31/2009 |

Total Income for Fiscal Period    1/1/2009  Through    12/31/2009    =  $2,307,130

| Amount | Source | Fiscal Period |
|---|---|---|
| $2,901,534 | Income from working interests, well overhead and other income | 1/1/2010 through 8/31/2010 |

Total Income for Fiscal Period    1/1/2010  Through    8/31/2010    =  $2,901,534

*Page 1 of 1*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION                     Case No. 10-36485-HDH-11

Heritage Standard Corp.                                                    Chapter 11

## 2. Income from other than employment or operation of business

State the amount of income received by the debtor other than from employment, trade, or profession, or operation of the debtor's
business during the two years immediately preceeding the commencement of this case.  Give particulars.

**None**   ☑

| Amount | Source | Fiscal Period |
|--------|--------|---------------|
|        |        |               |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

a *Individual or joint debtor(s) with primarily consumer debts:*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days
immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any
payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
counseling agency

None  ☑

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|

**Total Payments:**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b *Debtor whose debts are not primarily consumer debts.*    List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| RAPID TRANSPORT, LTD. | P. O. DRAWER L | KERMIT | TX | 79745 | 6/30/2010 | $18,583.21 |
| | | | | | Creditor Total | $18,583.21 |
| TXU ENERGY | P.O. BOX 650638 | DALLAS | TX | 75265-0638 | 6/30/2010 | $10,447.41 |
| | | | | | Creditor Total | $10,447.41 |
| THE SCOTIA GROUP, INC. | TWO ENERGY SQUARE, SUITE 1150 4849 GREENVILLE AVENUE | DALLAS | TX | 75206 | 8/12/2010 | $20,714.38 |
| THE SCOTIA GROUP, INC. | TWO ENERGY SQUARE, SUITE 1150 4849 GREENVILLE AVENUE | DALLAS | TX | 75206 | 8/5/2010 | $11,385.00 |
| THE SCOTIA GROUP, INC. | TWO ENERGY SQUARE, SUITE 1150 4849 GREENVILLE AVENUE | DALLAS | TX | 75206 | 8/5/2010 | $2,098.58 |
| THE SCOTIA GROUP, INC. | TWO ENERGY SQUARE, SUITE 1150 4849 GREENVILLE AVENUE | DALLAS | TX | 75206 | 8/5/2010 | $10,752.50 |
| THE SCOTIA GROUP, INC. | TWO ENERGY SQUARE, SUITE 1150 4849 GREENVILLE AVENUE | DALLAS | TX | 75206 | 8/5/2010 | $6,821.59 |
| | | | | | Creditor Total | $51,772.05 |
| CHEVRONTEXACO EXPLORATION & | P.O. BOX 730436 | DALLAS | TX | 75373-0436 | 8/27/2010 | $64,681.61 |
| CHEVRONTEXACO EXPLORATION & | P.O. BOX 730436 | DALLAS | TX | 75373-0436 | 7/28/2010 | $52,321.85 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b. *Debtor whose debts are not primarily consumer debts:*    List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| CHEVRON/TEXACO EXPLORATION & | P.O. BOX 730436 | DALLAS | TX | 75373-0436 | 6/30/2010 | $47,856.22 |
| | | | | | Creditor Total | **$164,859.68** |
| JAMES D  JACKSON TRUST | A/C #01/0632100 P. O. BOX 840738 | DALLAS | TX | 75284 | 8/27/2010 | $6,380.25 |
| JAMES D  JACKSON TRUST | A/C #01/0632100 P. O. BOX 840738 | DALLAS | TX | 75284 | 7/28/2010 | $5,480.93 |
| JAMES D  JACKSON TRUST | A/C #01/0632100 P. O. BOX 840738 | DALLAS | TX | 75284 | 6/30/2010 | $5,060.36 |
| | | | | | Creditor Total | **$16,921.54** |
| J. D. ENTERPRISES | OGE DRILLING USA, INC. 550 W. TEXAS, SUITE 1140 | MIDLAND | TX | 79701 | 8/27/2010 | $2,469.40 |
| J. D. ENTERPRISES | OGE DRILLING USA, INC. 550 W. TEXAS, SUITE 1140 | MIDLAND | TX | 79701 | 7/28/2010 | $2,250.01 |
| J. D. ENTERPRISES | OGE DRILLING USA, INC. 550 W. TEXAS, SUITE 1140 | MIDLAND | TX | 79701 | 6/30/2010 | $1,903.46 |
| | | | | | Creditor Total | **$6,622.87** |
| OTIS F. MILLWOOD | 206 E. OAKVIEW | CENTRALIA | WA | 98531 | 8/27/2010 | $1,231.80 |
| OTIS F. MILLWOOD | 206 E. OAKVIEW | CENTRALIA | WA | 98531 | 8/27/2010 | $1,472.18 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

*b  Debtor whose debts are not primarily consumer debts:*    List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| OTIS F. MILLWOOD | 206 E. OAKVIEW | CENTRALIA | WA | 98531 | 7/28/2010 | $1,346.17 |
| OTIS F. MILLWOOD | 206 E. OAKVIEW | CENTRALIA | WA | 98531 | 7/28/2010 | $1,461.97 |
| OTIS F. MILLWOOD | 206 E. OAKVIEW | CENTRALIA | WA | 98531 | 6/30/2010 | $1,109.99 |
| OTIS F. MILLWOOD | 206 E. OAKVIEW | CENTRALIA | WA | 98531 | 6/30/2010 | $976.75 |
| | | | | | **Creditor Total** | **$7,598.86** |
| NORTEX CORPORATION | 1415 Louisiana Street Suite 3100 | Houston | TX | 77002 | 8/27/2010 | $3,061.75 |
| NORTEX CORPORATION | 1415 Louisiana Street Suite 3100 | Houston | TX | 77002 | 7/28/2010 | $4,128.79 |
| NORTEX CORPORATION | 1415 Louisiana Street Suite 3100 | Houston | TX | 77002 | 6/30/2010 | $2,393.56 |
| | | | | | **Creditor Total** | **$9,584.10** |
| CRAIG W. SANDAHL | 8810 BOONEVILLE ROAD | WEST DES MOINES | IA | 50266 | 8/27/2010 | $3,072.29 |
| CRAIG W. SANDAHL | 8810 BOONEVILLE ROAD | WEST DES MOINES | IA | 50266 | 7/28/2010 | $4,953.80 |
| CRAIG W. SANDAHL | 8810 BOONEVILLE ROAD | WEST DES MOINES | IA | 50266 | 6/30/2010 | $2,810.93 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

*b  Debtor whose debts are not primarily consumer debts.*     List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| PLAINSCAPITAL BANK, TRUSTEE OF | 3707 Camp Bowie Blvd Suite 220 | Fort Worth | TX | 76107 | 8/27/2010 | $6,380.25 |
| PLAINSCAPITAL BANK, TRUSTEE OF | 3707 CAMP BOWIE BLVD, SUITE 220 | FORT WORTH | TX | 76107 | 8/27/2010 | $6,380.25 |
| PLAINSCAPITAL BANK, TRUSTEE OF | 3707 CAMP BOWIE BLVD, SUITE 220 | FORT WORTH | TX | 76107 | 7/28/2010 | $5,480.93 |
| PLAINSCAPITAL BANK, TRUSTEE OF | 3707 Camp Bowie Suite 220 | Fort Worth | TX | 76107 | 7/28/2010 | $5,480.93 |
| PLAINSCAPITAL BANK, TRUSTEE OF | 3707 Camp Bowie Blvd Suite 220 | Fort Worth | TX | 76107 | 6/30/2010 | $5,060.36 |
| PLAINSCAPITAL BANK, TRUSTEE OF | 3707 CAMP BOWIE BLVD, SUITE 220 | FORT WORTH | TX | 76107 | 6/30/2010 | $5,060.36 |
| | | | | | **Creditor Total** | **$10,837.02** |
| | | | | | **Creditor Total** | **$33,843.08** |
| SOUTHWEST ROYALTIES, INC. | 5 DESTA DRIVE SUITE 1100 | MIDLAND | TX | 79705 | 8/27/2010 | $27,899.03 |
| SOUTHWEST ROYALTIES, INC. | 5 DESTA DRIVE SUITE 1100 | MIDLAND | TX | 79705 | 7/28/2010 | $22,178.82 |
| SOUTHWEST ROYALTIES, INC. | 5 DESTA DRIVE SUITE 1100 | MIDLAND | TX | 79705 | 6/30/2010 | $22,256.57 |
| | | | | | **Creditor Total** | **$72,334.42** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b *Debtor whose debts are not primarily consumer debts:*    List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| SS/GAE, LTD. | P.O. BOX 600122 | DALLAS | TX | 75360-0122 | 8/27/2010 | $12,966.35 |
| SS/GAE, LTD. | P.O. BOX 600122 | DALLAS | TX | 75360-0122 | 7/28/2010 | $9,931.06 |
| SS/GAE, LTD. | P.O. BOX 600122 | DALLAS | TX | 75360-0122 | 6/30/2010 | $9,957.18 |
| | | | | | *Creditor Total* | **$32,854.59** |
| CATHY J. YARBROUGH TRUST | A/C #01/0631900 P. O. BOX 840738 | DALLAS | TX | 75284 | 8/27/2010 | $6,380.25 |
| CATHY J. YARBROUGH TRUST | A/C #01/0631900 P. O. BOX 840738 | DALLAS | TX | 75284 | 7/28/2010 | $5,480.93 |
| CATHY J. YARBROUGH TRUST | A/C #01/0631900 P. O. BOX 840738 | DALLAS | TX | 75284 | 6/30/2010 | $5,060.36 |
| | | | | | *Creditor Total* | **$16,921.54** |
| BARKING DOG ENTERPRISES, INC. | 6212 WOLF RIDGE DRIVE | PLANO | TX | 75024 | 8/27/2010 | $2,365.83 |
| BARKING DOG ENTERPRISES, INC. | 6212 WOLF RIDGE DRIVE | PLANO | TX | 75024 | 7/28/2010 | $2,326.77 |
| BARKING DOG ENTERPRISES, INC. | 6212 WOLF RIDGE DRIVE | PLANO | TX | 75024 | 6/30/2010 | $1,791.25 |
| | | | | | *Creditor Total* | **$6,483.85** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11

Heritage Standard Corp.

Chapter 11

## 3. Payments to creditors

b *Debtor whose debts are not primarily consumer debts:*    List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| EOG RESOURCES, INC. | P.O. Box 840321 | Dallas | TX | 75284 | 8/27/2010 | $2,689.16 |
| EOG RESOURCES, INC. | P.O. Box 840321 | Dallas | TX | 75284 | 7/28/2010 | $1,986.71 |
| EOG RESOURCES, INC. | P.O. Box 840321 | Dallas | TX | 75284 | 6/30/2010 | $2,218.88 |
| | | | | | **Creditor Total** | **$6,894.75** |
| ENDEAVOR ENERGY RESOURCES, L P | 110 N. MARIENFELD, SUITE 1200 | MIDLAND | TX | 79701-4412 | 8/27/2010 | $20,376.46 |
| ENDEAVOR ENERGY RESOURCES, L P | 110 N. MARIENFELD, SUITE 1200 | MIDLAND | TX | 79701-4412 | 7/28/2010 | $18,536.24 |
| ENDEAVOR ENERGY RESOURCES, L P | 110 N. MARIENFELD, SUITE 1200 | MIDLAND | TX | 79701-4412 | 6/30/2010 | $14,237.02 |
| | | | | | **Creditor Total** | **$53,149.72** |
| OXY USA WTP LP | LOCK BOX 841735 | DALLAS | TX | 75284-1735 | 8/27/2010 | $11,160.96 |
| OXY USA WTP LP | LOCK BOX 841735 | DALLAS | TX | 75284-1735 | 7/28/2010 | $8,278.81 |
| OXY USA WTP LP | LOCK BOX 841735 | DALLAS | TX | 75284-1735 | 6/30/2010 | $8,941.71 |
| | | | | | **Creditor Total** | **$28,381.48** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b  *Debtor whose debts are not primarily consumer debts:*   List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| PREMIUM ASSIGNMENT CORP | P.O. BOX 3066 | TALLAHASSEE | FL | 32315 | 8/16/2010 | $16,329.57 |
| PREMIUM ASSIGNMENT CORP | P.O. BOX 3066 | TALLAHASSEE | FL | 32315 | 7/1/2010 | $16,329.57 |
| | | | | | Creditor Total | $32,659.14 |
| PAM CLEMENTS | 520 SHIRLEY CT. | RICHARDSON | TX | 75081 | 9/1/2010 | $230.71 |
| PAM CLEMENTS | 520 SHIRLEY CT. | RICHARDSON | TX | 75081 | 8/27/2010 | $958.11 |
| PAM CLEMENTS | 520 SHIRLEY CT. | RICHARDSON | TX | 75081 | 8/26/2010 | $408.88 |
| PAM CLEMENTS | 520 SHIRLEY CT. | RICHARDSON | TX | 75081 | 8/16/2010 | $317.34 |
| PAM CLEMENTS | 520 SHIRLEY CT. | RICHARDSON | TX | 75081 | 8/6/2010 | $495.94 |
| PAM CLEMENTS | 520 SHIRLEY CT. | RICHARDSON | TX | 75081 | 8/6/2010 | $1,465.90 |
| PAM CLEMENTS | 520 SHIRLEY CT. | RICHARDSON | TX | 75081 | 7/28/2010 | $999.67 |
| PAM CLEMENTS | 520 SHIRLEY CT. | RICHARDSON | TX | 75081 | 7/9/2010 | $37.95 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

*b  Debtor whose debts are not primarily consumer debts:*    List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| PAM CLEMENTS | 520 SHIRLEY CT. | RICHARDSON | TX | 75081 | 7/6/2010 | $227.73 |
| PAM CLEMENTS | 520 SHIRLEY CT. | RICHARDSON | TX | 75081 | 6/30/2010 | $1,054.68 |
| | | | | | *Creditor Total* | **$6,196.91** |
| LPL FINANCIAL SERVICES | 4925 GREENVILLE AVENUE SUITE 210 | DALLAS | TX | 75206 | 9/1/2010 | $919.38 |
| LPL FINANCIAL SERVICES | 4925 GREENVILLE AVENUE SUITE 210 | DALLAS | TX | 75206 | 8/31/2010 | $919.38 |
| LPL FINANCIAL SERVICES | 4925 GREENVILLE AVENUE SUITE 210 | DALLAS | TX | 75206 | 8/13/2010 | $919.38 |
| LPL FINANCIAL SERVICES | 4925 GREENVILLE AVENUE SUITE 210 | DALLAS | TX | 75206 | 7/30/2010 | $1,948.55 |
| LPL FINANCIAL SERVICES | 4925 GREENVILLE AVENUE SUITE 210 | DALLAS | TX | 75206 | 7/7/2010 | $1,948.55 |
| LPL FINANCIAL SERVICES | 4925 GREENVILLE AVENUE SUITE 210 | DALLAS | TX | 75206 | 6/28/2010 | $1,948.55 |
| | | | | | *Creditor Total* | **$8,603.79** |
| THE MARGARET HUNT HILL - | 1601 ELM STREET, SUITE 5000 ATTN.: MIKE COCKRELL | DALLAS | TX | 75201 | 8/27/2010 | $2,738.52 |
| THE MARGARET HUNT HILL - | 1601 ELM STREET, SUITE 5000 ATTN.: MIKE COCKRELL | DALLAS | TX | 75201 | 8/27/2010 | $2,738.52 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11

Chapter 11

## 3. Payments to creditors

b *Debtor whose debts are not primarily consumer debts*     List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| THE MARGARET HUNT HILL - | 1601 ELM STREET, SUITE 5000 ATTN.: MIKE COCKRELL | DALLAS | TX | 75201 | 8/27/2010 | $2,738.52 |
| THE MARGARET HUNT HILL - | 1601 ELM STREET, SUITE 5000 ATTN.: MIKE COCKRELL | DALLAS | TX | 75201 | 7/28/2010 | $2,058.53 |
| THE MARGARET HUNT HILL - | 1601 ELM STREET, SUITE 5000 ATTN. MIKE COCKRELL | DALLAS | TX | 75201 | 7/28/2010 | $2,058.53 |
| THE MARGARET HUNT HILL - | 1601 ELM STREET, SUITE 5000 ATTN. MIKE COCKRELL | DALLAS | TX | 75201 | 7/28/2010 | $2,058.53 |
| THE MARGARET HUNT HILL - | 1601 ELM STREET, SUITE 5000 ATTN. MIKE COCKRELL | DALLAS | TX | 75201 | 6/30/2010 | $2,098.96 |
| THE MARGARET HUNT HILL - | 1601 ELM STREET, SUITE 5000 ATTN.: MIKE COCKRELL | DALLAS | TX | 75201 | 6/30/2010 | $2,098.96 |
| THE MARGARET HUNT HILL - | 1601 ELM STREET, SUITE 5000 ATTN. MIKE COCKRELL | DALLAS | TX | 75201 | 6/30/2010 | $2,098.96 |
| | | | | | Creditor Total | $20,688.03 |
| Megadyne Services | P.O. DRAWER G | KERMIT | TX | 79745 | 8/23/2010 | $5,983.43 |
| | | | | | Creditor Total | $5,983.43 |
| ELIZABETH FABIAN HOWELL | 111 HICKS STREET, APT.#17D | BROOKLYN | NY | 11201 | 8/27/2010 | $6,511.69 |
| ELIZABETH FABIAN HOWELL | 111 HICKS STREET. APT.#17D | BROOKLYN | NY | 11201 | 7/28/2010 | $6,820.73 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b *Debtor whose debts are not primarily consumer debts:*    List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| ELIZABETH FABIAN HOWELL | 111 HICKS STREET, APT.#17D | BROOKLYN | NY | 11201 | 6/30/2010 | $7,617.84 |
| | | | | | Creditor Total | $20,950.26 |
| LAURA KORACH HOWELL, WIDOW OF | INDIVIDUALLY AND AS TRUSTEE 305 N. WEST END AVE. | LANCASTER | PA | 17603 | 8/27/2010 | $8,302.41 |
| LAURA KORACH HOWELL, WIDOW OF | INDIVIDUALLY AND AS TRUSTEE 305 N. WEST END AVE. | LANCASTER | PA | 17603 | 7/28/2010 | $8,696.43 |
| LAURA KORACH HOWELL, WIDOW OF | INDIVIDUALLY AND AS TRUSTEE 305 N. WEST END AVE. | LANCASTER | PA | 17603 | 6/30/2010 | $9,712.75 |
| | | | | | Creditor Total | $26,711.59 |
| NOESIS EXPLORATION COMPANY | 5609 REIGER AVENUE | DALLAS | TX | 75214 | 8/27/2010 | $8,302.41 |
| NOESIS EXPLORATION COMPANY | 5609 REIGER AVENUE | DALLAS | TX | 75214 | 7/28/2010 | $8,696.43 |
| NOESIS EXPLORATION COMPANY | 5609 REIGER AVENUE | DALLAS | TX | 75214 | 6/30/2010 | $9,712.75 |
| | | | | | Creditor Total | $26,711.59 |
| WILLIAM KAY JAMISON | 5424 N. BAGGETT | HOBBS | NM | 88240 | 9/1/2010 | $11,521.01 |
| WILLIAM KAY JAMISON | 5424 N. BAGGETT | HOBBS | NM | 88240 | 8/2/2010 | $13,261.25 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b *Debtor whose debts are not primarily consumer debts:*   List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| WILLIAM KAY JAMISON | 5424 N. BAGGETT | HOBBS | NM | 88240 | 7/16/2010 | $3,321 00 |
| WILLIAM KAY JAMISON | 5424 N. BAGGETT | HOBBS | NM | 88240 | 6/17/2010 | $7,616.11 |
| | | | | | Creditor Total | $35,719.37 |
| Bobcat Pressure Control | SUPERIOR ENERGY SERVICES, INC. Julie Castex, Paralegal | NEW ORLEANS | LA | 70130 | 9/8/2010 | $7,984.89 |
| Bobcat Pressure Control | SUPERIOR ENERGY SERVICES, INC. Julie Castex, Paralegal 601 POYDRAS STEET, SUITE 2400 | NEW ORLEANS | LA | 70130 | 9/1/2010 | $30,818.50 |
| | | | | | Creditor Total | $38,803.39 |
| MG SALES & SERVICE CO. | P.O. BOX 853 | KERMIT | TX | 79745 | 6/30/2010 | $21,944.62 |
| | | | | | Creditor Total | $21,944.62 |
| LEE WILSON & ASSOCIATES | P.O. BOX 931 | SANTA FE | NM | 87504-0931 | 9/2/2010 | $6,915.70 |
| LEE WILSON & ASSOCIATES | P.O. BOX 931 | SANTA FE | NM | 87504-0931 | 8/16/2010 | $720.00 |
| LEE WILSON & ASSOCIATES | P.O. BOX 931 | SANTA FE | NM | 87504-0931 | 7/13/2010 | $4,233.90 |
| | | | | | Creditor Total | $11,869.60 |
| THOMPSON & KNIGHT LLP | ONE ARTS PLAZA 1722 ROUTH STREET, Suite 1500 | DALLAS | TX | 75201-2533 | 8/12/2010 | $10,000.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

**b** *Debtor whose debts are not primarily consumer debts:*     List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| THOMPSON & KNIGHT LLP | ONE ARTS PLAZA 1722 ROUTH STREET, Suite 1500 | DALLAS | TX | 75201-2533 | 7/16/2010 | $10,000.00 |
| THOMPSON & KNIGHT LLP | ONE ARTS PLAZA 1722 ROUTH STREET, Suite 1500 | DALLAS | TX | 75201-2533 | 7/2/2010 | $14,624.14 |
| | | | | | *Creditor Total* | **$34,624.14** |
| VINSON & ELKINS | P.O. BOX 200113 | HOUSTON | TX | 77216-0113 | 6/17/2010 | $38,855.32 |
| | | | | | *Creditor Total* | **$38,855.32** |
| BLUE CROSS BLUE SHIELD | P.O. BOX 655730 | DALLAS | TX | 75265-5730 | 8/31/2010 | $5,969.97 |
| BLUE CROSS BLUE SHIELD | P.O. BOX 655730 | DALLAS | TX | 75265-5730 | 8/26/2010 | $650.00 |
| BLUE CROSS BLUE SHIELD | P.O. BOX 655730 | DALLAS | TX | 75265-5730 | 7/29/2010 | $7,653.30 |
| BLUE CROSS BLUE SHIELD | P.O. BOX 655730 | DALLAS | TX | 75265-5730 | 6/29/2010 | $7,653.30 |
| | | | | | *Creditor Total* | **$21,926.57** |
| MARGARET CATHERINE MCMILLAN | 9806 Galway Drive | Dallas | TX | 75218-2819 | 8/27/2010 | $4,151.20 |
| MARGARET CATHERINE MCMILLAN | 9806 Galway Drive | Dallas | TX | 75218-2819 | 7/28/2010 | $4,348.21 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b. *Debtor whose debts are not primarily consumer debts:*    List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| MARGARET CATHERINE MCMILLAN | 9806 Galway Drive | Dallas | TX | 75218-2819 | 6/30/2010 | $4,856.38 |
| | | | | | Creditor Total | $13,355.79 |
| BRENNA K GREENBERG | P.O. BOX 500154 | AUSTIN | TX | 78705 | 8/27/2010 | $4,151.20 |
| BRENNA K GREENBERG | P.O. BOX 500154 | AUSTIN | TX | 78705 | 7/28/2010 | $4,348.21 |
| BRENNA K GREENBERG | P.O. BOX 500154 | AUSTIN | TX | 78705 | 6/30/2010 | $4,856.38 |
| | | | | | Creditor Total | $13,355.79 |
| ALICIA CZANDER MURRAY | 1 Garden Road | Pelham | NY | 10803 | 8/27/2010 | $3,255.85 |
| ALICIA CZANDER MURRAY | 1 Garden Road | Pelham | NY | 10803 | 7/28/2010 | $3,410.36 |
| ALICIA CZANDER MURRAY | 1 Garden Road | Pelham | NY | 10803 | 6/30/2010 | $3,808.92 |
| | | | | | Creditor Total | $10,475.13 |
| GEORGE G. STALEY | P.O. Box 1556 | Midland | TX | 79702 | 8/27/2010 | $24,412.35 |
| GEORGE G. STALEY | P.O. Box 1556 | Midland | TX | 79702 | 7/28/2010 | $26,044.72 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b. *Debtor whose debts are not primarily consumer debts:*   List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| GEORGE G. STALEY | P.O. Box 1556 | Midland | TX | 79702 | 6/30/2010 | $30,423.76 |
| | | | | | *Creditor Total* | **$80,880.83** |
| T J PRODUCTION, LLC | 5424 N. Baggett | Hobbs | NM | 88240 | 8/27/2010 | $2,210.53 |
| T J PRODUCTION, LLC | 5424 N. Baggett | Hobbs | NM | 88240 | 7/28/2010 | $2,134.38 |
| T J PRODUCTION, LLC | 5424 N. Baggett | Hobbs | NM | 88240 | 6/30/2010 | $2,373.09 |
| | | | | | *Creditor Total* | **$6,718.00** |
| ROSE EMILY HOWELL | 915 Easton Place | Dallas | TX | 75218 | 8/27/2010 | $9,767.54 |
| ROSE EMILY HOWELL | 915 Easton Place | Dallas | TX | 75218 | 7/28/2010 | $10,231.09 |
| ROSE EMILY HOWELL | 915 Easton Place | Dallas | TX | 75218 | 6/30/2010 | $11,426.77 |
| | | | | | *Creditor Total* | **$31,425.40** |
| BORETS - WEATHERFORD US | PO BOX 203739 | HOUSTON | TX | 77216-3739 | 8/6/2010 | $5,791.38 |
| BORETS - WEATHERFORD US | PO BOX 203739 | HOUSTON | TX | 77216-3739 | 6/30/2010 | $11,582.76 |
| | | | | | *Creditor Total* | **$17,374.14** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage-Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b. *Debtor whose debts are not primarily consumer debts:*    List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| CATALYST OILFIELD SERVI | P.O. BOX 8485 | MIDLAND | TX | 79708 | 6/30/2010 | $8,530.12 |
| | | | | | *Creditor Total* | **$8,530.12** |
| TRT PARK PLACE LLC | PO BOX 809029 | CHICAGO | IL | 60680-9076 | 6/29/2010 | $15,503.01 |
| | | | | | *Creditor Total* | **$15,503.01** |
| PEREGRINE PETROLEUM HOLDINGS, | 2101 Cedar Springs Suite 1800 | Dallas | TX | 75201 | 8/27/2010 | $10,953.95 |
| PEREGRINE PETROLEUM HOLDINGS, | 2101 Cedar Springs Suite 1800 | Dallas | TX | 75201 | 7/28/2010 | $8,233.79 |
| PEREGRINE PETROLEUM HOLDINGS, | 2101 Cedar Springs Suite 1800 | Dallas | TX | 75201 | 6/30/2010 | $8,395.68 |
| | | | | | *Creditor Total* | **$27,583.42** |
| COMPTROLLER-STATE OF TEXAS | P.O. BOX 149348 | AUSTIN | TX | 78714-9348 | 8/31/2010 | $14,665.33 |
| | | | | | *Creditor Total* | **$14,665.33** |
| BRIDGE ASSOCIATES LLC | 1700 PACIFIC AVENUE | DALLAS | TX | 75201 | 9/8/2010 | $25,000.00 |
| BRIDGE ASSOCIATES LLC | 1700 PACIFIC AVENUE SUITE 2680 | DALLAS | TX | 75201 | 9/2/2010 | $70,000.00 |
| BRIDGE ASSOCIATES LLC | 1700 PACIFIC AVENUE SUITE 2680 | DALLAS | TX | 75201 | 8/20/2010 | $87,077.13 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11

Chapter 11

## 3. Payments to creditors

b *Debtor whose debts are not primarily consumer debts:*   List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| BRIDGE ASSOCIATES LLC | 1700 PACIFIC AVENUE SUITE 2680 | DALLAS | TX | 75201 | 8/13/2010 | $25,000.00 |
| BRIDGE ASSOCIATES LLC | 1700 PACIFIC AVENUE SUITE 2680 | DALLAS | TX | 75201 | 8/9/2010 | $123,547.27 |
| BRIDGE ASSOCIATES LLC | 1700 PACIFIC AVENUE SUITE 2680 | DALLAS | TX | 75201 | 7/1/2010 | $81,799.97 |
| BRIDGE ASSOCIATES LLC | 1700 PACIFIC AVENUE SUITE 2680 | DALLAS | TX | 75201 | 6/17/2010 | $210,411.06 |
| | | | | | Creditor Total | $622,835.43 |
| DIAMOND G OILFIELD SERV | PO BOX 149 | FORT STOCKTON | TX | 79735 | 8/19/2010 | $6,188.55 |
| DIAMOND G OILFIELD SERV | PO BOX 149 | FORT STOCKTON | TX | 79735 | 6/30/2010 | $32,609.25 |
| DIAMOND G OILFIELD SERV | PO BOX 149 | FORT STOCKTON | TX | 79735 | 6/18/2010 | $7,759.37 |
| | | | | | Creditor Total | $46,557.17 |
| WEST TEXAS GAS OPERATOR | P.O. BOX 149 | FORT STROCKTON | TX | 79735-5022 | 8/19/2010 | $13,515.00 |
| WEST TEXAS GAS OPERATOR | P.O BOX 149 | FORT STROCKTON | TX | 79735-5022 | 6/30/2010 | $13,515.00 |
| | | | | | Creditor Total | $27,030.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

*b. Debtor whose debts are not primarily consumer debts.*    List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| MUSTANG MUD, INC. | P.O. Box 1919 | Midland | TX | 79702 | 8/27/2010 | $2,168.27 |
| MUSTANG MUD, INC. | P.O. Box 1919 | Midland | TX | 79702 | 7/28/2010 | $2,892.03 |
| MUSTANG MUD, INC. | P.O. Box 1919 | Midland | TX | 79702 | 6/30/2010 | $1,683.05 |
| | | | | | *Creditor Total* | **$6,743.35** |
| MUNSCH HARDT KOPF & HAR | 3800 Lincoln Plaza 500 N. Akard Street | Dallas | TX | 75201 | 9/2/2010 | $55,000.00 |
| MUNSCH HARDT KOPF & HAR | 3800 Lincoln Plaza 500 N. Akard Street | Dallas | TX | 75201 | 8/9/2010 | $56,764.85 |
| MUNSCH HARDT KOPF & HAR | 3800 Lincoln Plaza 500 N. Akard Street | Dallas | TX | 75201 | 7/1/2010 | $56,284.62 |
| MUNSCH HARDT KOPF & HAR | 3800 Lincoln Plaza 500 N. Akard Street | Dallas | TX | 75201 | 6/17/2010 | $280,227.86 |
| | | | | | *Creditor Total* | **$448,277.33** |
| TOTAL ENERGY SERVICES | 3000 North Garfield Suite 110 | Midland | TX | 79705 | 7/2/2010 | $20,000.00 |
| | | | | | *Creditor Total* | **$20,000.00** |
| ROCHELLE MCCULLOUGH | 325 N. St. Paul Suite 4500 | Dallas | TX | 75201 | 9/8/2010 | $5,000.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b  *Debtor whose debts are not primarily consumer debts:*   List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency

None ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|
| ROCHELLE MCCULLOUGH | 325 N. St. Paul Suite 4500 | Dallas | TX | 75201 | 9/2/2010 | $55,000.00 |
| ROCHELLE MCCULLOUGH | 325 N. St. Paul Suite 4500 | Dallas | TX | 75201 | 8/9/2010 | $99,575.10 |
| ROCHELLE MCCULLOUGH | 325 N. St. Paul Suite 4500 | Dallas | TX | 75201 | 7/6/2010 | $22,065.00 |
| | | | | | Creditor Total | $181,640.10 |
| CIT CAPITAL | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | 9/1/2010 | $191,815.08 |
| CIT CAPITAL | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | 7/29/2010 | $188,381.91 |
| CIT CAPITAL | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | 7/1/2010 | $178,391.43 |
| | | | | | Creditor Total | $558,588.42 |
| STATE OF TEXAS COMPROLLER | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | 8/9/2010 | $14,528.61 |
| STATE OF TEXAS COMPROLLER | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | 7/9/2010 | $12,890.38 |
| | | | | | Creditor Total | $27,418.99 |
| Payroll | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | 9/14/2010 | $122,047.23 |
| | | | | | Creditor Total | $122,047.23 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

b *Debtor whose debts are not primarily consumer debts*     List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

**None** ☐

| Vendor Name | Address | City | State | Zip | Date of Payment | Amount Paid |
|-------------|---------|------|-------|-----|-----------------|-------------|
|             |         |      |       |     | **Total Payments:** | $3,201,342.90 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DI

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

c *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders

None ☐

| Insider Name | Relationship to Debtor | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|---|
| CASE INLET, L. P. | Owned by Lynn Hamilton (sister to MBW) | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $535,237.11 * |
| GARY L. TODD | Current employee | 2201 ADAMS DR. | ARLINGTON | TX | 76011 | various | $47,886.22 |
| GARY L. TODD (RI) | Current employee | 2201 Adams Drive | Arlington | TX | 76011 | various | $22,143.96 |
| Gary Todd (PR) | Current employee | 2201 Adams Drive | Arlington | TX | 76011 | various | $173,008.41 |
| HERITAGE CONSOLIDATED | Partially owned by Heritage Standard Corporation | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $237,500.00 |
| Heritage Consolidated LLC | I/C PYMNT ON ACCT TO HCON | 2911 Turtle Creek Blvd | Dallas | TX | 75219 | various | $25,000.00 |
| HERITAGE DISPOSAL | Owned by Michael B. Wisenbaker | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $530,692.00 |
| HERITAGE GATHERING | Owned by Michael B. Wisenbaker | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $1,227,978.66 |
| HERITAGE OIL, L. P. | Owned by Michael B. Wisenbaker | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $535,368.70 * |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DI

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 3. Payments to creditors

c  *All debtors*: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders

None ☐

| Insider Name | Relationship to Debtor | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|---|
| HERITAGE RESOURCES INC | Owned by Michael B. Wisenbaker | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $368,585.40 * |
| HERITAGE RESOURCES, INC JDD | Owned by Michael B. Wisenbaker | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $899.47 * |
| HERITAGE STANDARD CORPORATION | Owned by Michael B. Wisenbaker | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $214,051.41 * |
| HERITAGE STANDARD CORPORATION | Owned by Michael B. Wisenbaker | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75201 | various | $140.35 * |
| HSC - AG HIII | Owned by Michael B. Wisenbaker | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $724,648.05 * |
| HSC OP ACCT JIB NETTED FROM REV | Owned by Michael B. Wisenbaker | #12 INDUSTRIAL CIRCLE DRIVE | ODESSA | TX | 79768 | various | $25,041.29 * |
| HSC OP ACCT JIB NETTED FROM REV | Owned by Michael B. Wisenbaker | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $81,152.11 * |
| HSC OP ACCT JIB NETTED FROM REV | Owned by Michael B. Wisenbaker | P. O. BOX 12003 | ODESSA | TX | 79768 | various | $4,525.77 * |
| HSC OP ACCT JIB NETTED FROM REV | Owned by Michael B. Wisenbaker | P. O. BOX 12875 | ODESSA | TX | 79768 | various | $5,962.12 * |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DI

Heritage Standard Corp.

Case No. 10-36485-HDH-11

Chapter 11

### 3. Payments to creditors

c *All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders

None ☐

| Insider Name | Relationship to Debtor | Address | City | State | Zip | Date of Payment | Amount Paid |
|---|---|---|---|---|---|---|---|
| HSC OP ACCT JIB NETTED FROM REV | Owned by Michael B. Wisenbaker | P. O. BOX 12940 | ODESSA | TX | 79768 | various | $16,077.21 * |
| HSC OP ACCT JIB NETTED FROM REV | Owned by Michael B. Wisenbaker | P. O. BOX 305 | HOBBS | NM | 88241 | various | $15,898.12 * |
| LONNIE J. MCDADE | Former employee | 437 E. ALEDO CREEKS ROAD | FORT WORTH | TX | 76126 | various | $180,708.61 |
| MICHAEL B. WISENBAKER | Owner | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $165,320.51 * |
| SSB, L. P. | Owned by Steve Wisenbaker | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $535,237.11 * |
| THE CHASE AVENUE CORPORATION | Owned by Wisenbaker family | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $1,670,240.08 * |
| WISE OIL VENTURE | Owned by Wisenbaker family | 2911 TURTLE CREEK BLVD SUITE 850 | DALLAS | TX | 75219 | various | $8,524.20 |

Grand Total: $7,351,826.87

* Amounts represent gross payments made to respective members of Heritage Consolidated.  Members of Heritage Consolidated also issued JIB payments to Heritage Standard Corporation which are not reflected.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

**None** ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number:  15886<br><br>Plaintiff's Name:  4-Star Tank Rental, LP v. Heritage Standard Corporation | Contract Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |
| Caption of Suit:<br><br>Suit Case Number:  15484<br><br>Plaintiff's Name:  ABC Rental Tools, Inc. and Eunice Well Servicing Company | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

a  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number: 15681<br><br>Plaintiff's Name:  Acme Energy Services, Inc., D/B/A Big Dog Drilling | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |
| Caption of Suit:<br><br>Suit Case Number: 15687<br><br>Plaintiff's Name:  Acme Energy Services, Inc., D/B/A Rig Movers Express | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name: Aquila Drilling Co., L.P. | Contract Dispute | 78th District Court, Wichita County, Texas<br>900 7th Street<br>Room 303<br>Wichita Falls, Texas 76301 | Pending |
| Caption of Suit:<br><br>Suit Case Number: 15885<br><br>Plaintiff's Name: Arguijo Oilfield Services, Inc. | Contract Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number: 15882<br><br>Plaintiff's Name: Aries Well Service, Inc. | Contract Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |
| Caption of Suit:<br><br>Suit Case Number: 100322079<br><br>Plaintiff's Name: Butch's Rathole | Payment Dispute | 286th District Court Hockley county, Texas<br>802 Houston St.<br>Suite 316<br>Levelland, Texas 79336 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name:  CC Forbes Energy Services, Ltd. | Payment Dispute | 79th District Court Jim Wells County, Texas<br>Clerk of the Court<br>PO BOX Drawer 2219<br>Alice, Texas 78333 | Pending |
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name:  Coastal Chemical Co., LLC | Payment Dispute | 192nd District Court, Dallas County, Texas<br>600 Commerce Street<br>Dallas, Texas 75202 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

**None** ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br><br>Suit Case Number: 15682<br><br>Plaintiff's Name:  Endeavor Energy Resources, L.P. | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |
| Caption of Suit:<br><br><br>Suit Case Number: 962853<br><br>Plaintiff's Name:  EXPRO AMERICAS, LLC | Payment Dispute | County Civil Court at Law No. 1 Harris<br>County, Texas<br>201 Caroline<br>Suite 500<br>Houston, Texas 77002 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the
filing of this bankruptcy case

None  ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name:  Foundation Energy Fund II | Payment Dispute | District Court, C-68th Juncial District, Dallas County, Texas<br>600 Commerce Street<br>Dallas, Texas 75202 | Pending |
| Caption of Suit:<br><br>Suit Case Number:  15774<br><br>Plaintiff's Name:  Frac Tech Services, LLC | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number: 15831<br><br>Plaintiff's Name: Heritage Standard Corporation v. Apollo Perforators, Inc. | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |
| Caption of Suit:<br><br>Suit Case Number: 15587<br><br>Plaintiff's Name: Heritage Standard Corporation v. George G. Staley | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the
filing of this bankruptcy case.

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number: 15830<br><br>Plaintiff's Name: Heritage Standard Corporation v. Pathfinder Energy Services, LLC. | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |
| Caption of Suit:<br><br>Suit Case Number: 15732<br><br>Plaintiff's Name: Heritage Standard Corporation v. Rock Tool, Ltd & Sonic Petroleum Services, Ltd. | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name: ITS Rental and Sales Inc. D/B/A International Tubular | Contract Dispute | 14th Judicial District Court, Dallas County, Texas<br>600 Commerce Street<br>Dallas, Texas 75202 | Pending |
| Caption of Suit:<br><br>Suit Case Number:  15844<br><br>Plaintiff's Name:  J. G. Solis Corporation D/B/A Liberty Pump & Supply Company | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name: JMR Industries, LTD. | Payment Dispute | District Court, 298th Juncial District, Dallas County, Texas<br>600 Commerce Street<br>Dallas, Texas 75202 | Pending |
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name: Kuykendall Bottom Hole Pressure, Inc. | Payment Dispute | County Court at Law No 2, Midland County, Texas<br>200 W. Hall Street<br>Suite 301<br>Midland, Texas 79701 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11

Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name: Lonnie McDade | Employment Dispute | 116th Judicial District Dallas County, Texas<br>600 Commerce Street<br>Suite 103<br>Dallas, Texas 75202 | Pending |
| Caption of Suit:<br><br>Suit Case Number: 15683<br><br>Plaintiff's Name: Nova Mud, Inc. | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number: 15843<br><br>Plaintiff's Name: O-Tex Pumping, LLC. | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name: Professional Fluid Services | Payment Dispute | Fifteenth Judicial District Court, Parish of Lafayette, Louisiana<br>800 S. Buchanan St<br>Lafayette, Louisiana 70501 | Pending |

*Page 13 of 17*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11

Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name:  Simons Petroleum, Inc. | Payment Dispute | 14th Judicial District Court, Dallas County, Texas<br>600 Commerce Street<br>Dallas, Texas 75202 | Pending |
| Caption of Suit:<br><br>Suit Case Number:  15829<br><br>Plaintiff's Name:  Suttles Logging, Inc. | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br><br>Suit Case Number:<br><br><br>Plaintiff's Name:  TX Energy Services, LLC. | Payment Dispute | 79th District Court Jim Wells County, Texas<br>Clerk of the Court<br>PO BOX Drawer 2219<br>Alice, Texas 78333 | Pending |
| Caption of Suit:<br><br><br>Suit Case Number:  15813<br><br><br>Plaintiff's Name:  Unicom Services, Inc. | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number: 15833<br><br>Plaintiff's Name: W&W Energy Services | Payment Dispute | 109th District Court, Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |
| Caption of Suit:<br><br>Suit Case Number:<br><br>Plaintiff's Name: Warrior Energy Services Corp. | Payment Dispute | U.S. District Court, Northern District of Texas, Pecos Division<br>1100 Commerce St<br>Room 1452<br>Dallas, Texas 75242 | Pending |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11

Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case

None ☐

| Caption of Suit, Case Number and Plaintiff's Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---|---|---|---|
| Caption of Suit:<br><br>Suit Case Number: 15728<br><br>Plaintiff's Name: Well-Foam, Inc. | Payment Dispute | 109th District Court Winkler County, Texas<br>100 East Winkler<br>Third Floor<br>Kermit, Texas 79745 | Pending |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION                    Case No. 10-36485-HDH-11

Heritage Standard Corp.                                                      Chapter 11

## 4. Suits and administrative proceedings, executions, garnishments and attachments

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year
immediately preceding the commencement of this case.

**None**  ☑

| *Name and Address of Person for Whose Benefit Property Was Seized* | *Date of Seizure* | *Description and Value of Property* |
|---|---|---|
| | | Value of the property is: |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11
Chapter 11

Heritage Standard Corp.

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure
or returned to the seller, within one year immediately preceding the commencement of this case.

**None**   ☑

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure, Sale, Transfer, or Return | Description and Value of Property |
|---|---|---|
| | | Value of the property is· |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11
Chapter 11

Heritage Standard Corp.

## 6.  Assignments and receiverships

a. Describe any assignments of property for the benefit of creditors made within 120 days immediately preceding the
commencement of this case.

**None**  ☑

*Name and Address of Assignee*          *Date of Assignment*                    *Terms of Assignment or Settlement*

|  |  |  |
|---|---|---|
|  |  |  |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 6. Assignments and receiverships

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.

**None** ☑

| Name and Address of Custodian | Name and Location of Court Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|
| | | | Value of Property: |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

Case No. 10-36485-HDH-11
Chapter 11

Heritage Standard Corp.

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.

**None**  ☑

| Name and Address of Person or Organization | Relationship to Debtor, If Any | Date of Gift | Description and Value of Gift |
|---|---|---|---|
| | | | Value of the gift is: |

**Total**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or
since the commencement of this case.

**None** ☑

| Description and Value of Property | Description of Circumstances and If Loss was Recovered in Whole or in Part by Insurance, Give Particulars | Date of Loss |
|---|---|---|
| Value of the property is: | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 9. Payments to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

**None** ☐

| Name and Address of Payee | Date of Payment and Name of Payor If Other Than Debtor | Amount of Payment or Description and Value of Property Used For Payment |
|---|---|---|
| Bridge Associates LLC<br>747 Third Avenue - Suite 32A<br>New York, NY 10017<br>USA | 5/28/2010 To 9/8/2010<br><br>Heritage Standard Corp. | Amount paid:        $751,707.00 *<br>Cash<br><br>Value of property used for payment:        n/a |
| Munsch Hardt Kopf & Harr<br>3800 Lincoln Plaza<br>500 N Akard Street<br>Dallas, TX 75201-6659<br>USA | 6/17/2010 To 9/2/2010<br><br>Heritage Standard Corp. | Amount paid:        $333,277.33 *<br>Cash<br><br>Value of property used for payment:        n/a |
| Rochelle McCullough, LLP<br>325 N. St. Paul<br>Suite 4500<br>Dallas, TX 75201<br>USA | 6/17/2010 To 9/8/2010<br><br>Heritage Standard Corp. | Amount paid:        $251,640.10<br>Cash<br><br>Value of property used for payment:        n/a |

* Payment was made by Heritage Standard for the benefit of Heritage Consolidated LLC and Heritage Standard Corp.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**

Case No. 10-36485-HDH-11
Chapter 11

**Heritage Standard Corp.**

## 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within two years immediately preceding the commencement of this case.

**None** ☐

| Name and Address of Transferee | Date and Relationship to Debtor | Description of Property Transferred and Value Received |
|---|---|---|
| Heritage Consolidated LLC<br>2911 Turtle Creek Blvd.<br>Suite 850<br>Dallas, TX 75219<br>USA | 10/30/2008 | Conveyance of rights, title, interest in various mineral leases.<br><br>Unknown |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11
Chapter 11

Heritage Standard Corp.

## 10. Other transfers

b. List all other property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**None** ☑

| Name and Address of Transferee | Date(s) of Transfer(s) | Amount of Money or Description and Value of Property or Debtor's Interest in Properety |
|---|---|---|
|  |  | Value or Debtor's Interest in Property: |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments, shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

None ☐

| Name and Address of Person or Organization | Type of Account, Last Four Digits of Account Number | Balance at Closing | Date of Closing or Sale and Amount of Sale - if Sold |
|---|---|---|---|
| Texas Capital Bank<br>6060 N. Central Expressway<br>Suite 800<br>Dallas , TX 75206<br>USA | Certificate of Deposit<br><br>110197 | $10,000.00 | 7/9/2009<br><br><br>Value if sold.   not sold |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11
Chapter 11

Heritage Standard Corp.

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year
immediately preceding the commencement of this case.

**None**  ☑

| Name and Address of Bank or Other Depository | Name and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, If Any |
|---|---|---|---|
|  |  |  |  |

*Page 1 of 1*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS, DALLAS DI**                                    Case No. 10-36485-HDH-11

Heritage Standard Corp.                                                                       Chapter 11

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt of deposit of the debtor within 90 days preceding the commencement of this case.

**None**  ☑

| *Vendor Number, Name and Address of Creditor* | *Date of Setoff* | *Amount of Setoff* |
|---|---|---|
| | | |
| | | |

**Total**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11

Chapter 11

## 14.  Property held for another person

List all property owned by another person that the debtor holds or controls.

**None**  ✔

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|
|  | Value of the property is: |  |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11

Heritage Standard Corp.

Chapter 11

## 15.  Prior address of debtor

If the debtor moved within the three years immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case.

**None**  ☑

| Address | Name Used | Date of Occupancy |
|---------|-----------|-------------------|
|         |           |                   |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11
Chapter 11

Heritage Standard Corp.

## 16. Spouses and former spouses

If the debtor resides or resided in a community property state, commomwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**None** ☑

*Name of Spouse*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 17. Environmental information

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice,
and, if known, the Environmental Law.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic
substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to statutes or regulations
regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant
or similar term under Environmental Law.

**None** ☐

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
| Crittendon Saltwater Disposal Facility<br><br>, TX<br>USA | Texas Railroad Commission<br>Texas Railroad Commission<br>10 Desta Drive, Suite 500E<br>Midland, TX 79705<br>USA | 5/25/2007 | Alleged contamination of ground water with Chlorides |
| Crittendon Saltwater Disposal Facility<br><br>, TX<br>USA | City Of Midland<br>City Of Midland<br>300 N Loraine<br>Midland, TX 79702<br>USA | 7/21/2005 | Alleged contamination of ground water with Chlorides |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DI

Case No. 10-36485-HDH-11

Heritage Standard Corp.

Chapter 11

## 17. Environmental information

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic
substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to statutes or regulations
regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant
or similar term under Environmental Law.

**None** ☑

| Site Name and Address | Name and Address of Governmental Unit | Date of Notice | Environmental Law |
|---|---|---|---|
|  |  |  |  |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11
Chapter 11

Heritage Standard Corp.

## 17. Environmental information

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to
which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding,
and the docket number.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic
substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to statutes or regulations
regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant
or similar term under Environmental Law.

**None**  ☑

| *Name and Address of Governmental Unit* | *Docket Number* | *Status or Disposition* |
|---|---|---|
|  |  |  |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11

Heritage Standard Corp.

Chapter 11

## 18.  Nature, location and name of business

a. If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning
and ending dates of all businesses in which the debtor was a partner or owned 5 percent of more of the voting or equity securities
within the six years immediately preceding the commencement of this case.

**None** ☑

| Name and Address | Last 4 Digits of SSN or Complete TIN | Date of Ownership |
|---|---|---|
| | Nature Of Business - Ownership | |
| | SSN or TIN:<br><br>Percent Owned: | to |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11
Chapter 11

Heritage Standard Corp.

## 18.  Nature, location and name of business

b.  Identify any business listed in response to subdivision a., that is "single asset real estate" as defined in 11 U.S.C. § 101.

**None**  ☑

*Name and Address*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 19. Books, records and financial statements

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of the books.

**None** ☐

| Name and Address | Title | Dates Services Rendered | | |
|---|---|---|---|---|
| Enriqueta P. Garrett<br>5710 Antares Court<br>Dallas, TX 75252-5129<br>USA | Tax Manager | 7/1/1996 | to | Present Date |
| Merri A. White<br>6340 Bridle Trail<br>Caddo Mills, TX 75135<br>USA | Asst. Controller | 12/15/2008 | to | Present Date |
| Pamela K. Clements<br>520 Shirley Ct.<br>Richardson, TX 75081<br>USA | Controller | 3/11/2001 | to | Present Date |
| Otis F. Millwood<br>206 E. Oakview Ave.<br>Centralia, WA 98531<br>USA | Controller | 8/24/1981 | to | 4/5/2010 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11
Chapter 11

Heritage Standard Corp.

## 19. Books, records and financial statements

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

**None** ☑

| *Name and Address* | *Dates of Services Rendered* |
|---|---|
| | to |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 19. Books, records and financial statements

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**None** ☐

| Name and Address | Title |
|---|---|
| Pamela K. Clements<br>520 Shirley Ct.<br>Richardson, TX 75081<br>USA | Controller |
| Merri A. White<br>6340 Brndle Trail<br>Caddo Mills, TX 75135<br>USA | Asst. Controller |
| Enriqueta P. Garrett<br>5710 Antares Court<br>Dallas, TX 75252-5129<br>USA | Tax Manager |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11
Chapter 11

Heritage Standard Corp.

## 19. Books, records and financial statements

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement
was issued within the two years immediately preceding the commencement of this case by the debtor.

**None**  ☑

| *Name and Address* | *Date Issued* |
|---|---|
|  |  |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 20. Inventories

a. List the dates of the last two inventories taken on your property, the name of the person who supervised the taking of each inventory, and the dollar amount and the basis of each inventory.

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**None** ☑

| Date of Inventory | Location and Address of Inventory Custodian | Inventory Supervisor / Inventory Custodian | Dollar Amount of Inventory and Basis of Cost |
|---|---|---|---|
| | Location: | Supervisor:<br><br>Custodian: | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 21. Current partners, officers, directors and shareholders

**None** ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

**None** ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls or holds 5 percent or more of the voting securities of the corporation.

| Name and Address | Title | Nature of Relationship and Percentage if Stock Owned |
|---|---|---|
| Gary L. Todd<br>2201 Adams Dr.<br>Arlington, TX 76011<br>USA | VP Oil&Gas Operations / Secretary | Employee<br><br>Ownership if over 5%:  n/a |
| Michael B. Wisenbaker<br>3606 St. John's Drive<br>Dallas, TX 75205<br>USA | President | Sole Owner and Sole Director<br><br>Ownership if over 5%:  100.00% |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11

Heritage Standard Corp.

Chapter 11

## 22. Former partners, officers, directors and shareholders

**None** ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

**None** ☐    b. If the debtor is a corporation, list all officers and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| Name and Address | Title | Date of Termination |
|---|---|---|
| Lonnie McDade<br>437 E. Aledo Creeks Road<br>Fort Worth, TX 76126<br>USA | Executive Director | 7/28/2010 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 23. Withdrawals from a partnership or distributions by a corporation

If a debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including
compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year
immediately preceding the commencement of this case

**None** ☑

| Insider Name | Relationship to Debtor | Address | City | State | Zip | Date of Withdrawal | Purpose of Withdrawal Description | Amount or Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Grand Total:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 24. Tax consolidation group

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of this case.

**None**  ☑

| *Name and Address of Parent Corporation* | *Taxpayer Identification Number* |
|---|---|
|  |  |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Heritage Standard Corp.

Case No. 10-36485-HDH-11
Chapter 11

## 25. Pension funds

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

**None**  ☐

| Name and Address of Parent Corporation | Taxpayer Identification Number |
|---|---|
| 401K/Profit Sharing Plan<br>2911 Turtle Creek Blvd<br>Suite 850<br>Dallas, TX 75219<br>USA | 75-2916310 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

Case No. 10-36485-HDH-11

In re: Heritage Standard Corp.

Chapter 11

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing Statements of Financial Affairs and any attachments thereto and that, subject to the Global Notes and Statements of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules and Statements filed concurrently herewith, they are true and correct to the best of my knowledge, information and belief.

Date ___9/24/2010___      Signature _____

**Scott Pinsonnault, CRO**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0    continuation sheets attached

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. § 152 and 3571*