**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**                    Case No. 10-36485-HDH-11

**Heritage Standard Corp.**                                                                              Chapter 11

## 14.  Property held for another person - Amended

List all property owned by another person that the debtor holds or controls.

**None**  ☐

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|
| OWNERSHIP INTEREST IN PRE-PETITION WELL PRODUCTION<br>*See SOFA 14 attachment for details.<br>. | Value of the property is $1,201,817.93 | |

# ATTACHMENT FOR HSC SOFA 14

**Amounts Owed to Each Royalty Interest / Working Interest Holder \***

| Interest Holder | Amount |
|---|---|
| 7777 DRILLING CORPORATION | $          3.55 |
| 88 ENERGY, INC. | 3.54 |
| A. G. HILL, A TEXAS GENERAL | (8,010.74) |
| A. G. KASPAR | 205.36 |
| A. STARKE TAYLOR | 294.98 |
| ALICIA CZANDER MURRAY | 4,638.92 |
| ALINDA HILL WIKERT | 239.12 |
| ALLYNVIEW PARTNERS, LLC | 3,619.41 |
| ANADARKO PETROLEUM COMPANY | 44.56 |
| ANN LANKFORD | 2,052.43 |
| ANN WELCH GRAY | 2,441.42 |
| ANNIE BYRD SPAULDING WELCH | 0.09 |
| ANTERO ROYALTIES, LLC | 51.64 |
| ARTHUR J. KOBACKER, AS TRUSTEE | 1,893.59 |
| ATROPOS EXPLORATION COMPANY | 1,071.05 |
| BANK ONE TEXAS, N.A., TRUSTEE | 210.09 |
| BARKING DOG - UA | 3,167.40 |
| BARKING DOG ENTERPRISES, INC. | 684.65 |
| BASCOM L MITCHELL | 2,087.51 |
| BETH BROWNLEE | 2,109.19 |
| BETTY ALCORN | 259.04 |
| BIRCH ROYALTIES LLC | 34.65 |
| BLACK FAMILY PARTNERSHIP | 40.83 |
| BLACK STONE NATURAL RESOU | 266.33 |
| BOUNTIFULL, L. P. | 1.61 |
| BRENNA K GREENBERG | 5,914.63 |
| BRIDGET BIRD | 2,383.24 |
| BURKHART INVESTMENTS LTD | 0.25 |
| BURLEIGH REED JAMES TRUSTEE | 0.78 |
| BUTTRAM ENERGIES, INC. | (1,896.31) |
| CARA LEE DUNN | 5.07 |
| CARMEN FERRER | 618.35 |
| CAROL DAVID TRAMMELL | 7,897.00 |
| CAROL MILLWOOD | 76.56 |
| CAROL MILLWOOD - UA | 285.29 |
| CASE INLET, L. P. | - |
| CATHERINE GOFF MANNING | (392.68) |
| CATHY J. YARBROUGH TRUST | 8,582.81 |
| CHARLES F. DOORNBOS, TRUSTEE | 653.54 |
| CHERRIE CLIFTON ANDERSON | 52.68 |
| CHEVRON NORTH AMERICA EXP | 2,193.07 |
| CHEVRONTEXACO EXPLORATION | 76,914.73 |
| CLAUDIA TANTALO WATSON | 1,489.22 |
| CLAY HUNT | (0.05) |
| COMMISSIONER OF GENERAL L | 683.86 |
| CRAIG TANTALO TESTAMENTARY TRUST | 343.70 |
| CRAIG W. SANDAHL | 5,429.13 |
| CYNTHIA DALE DUBOISE | 318.95 |

# ATTACHMENT FOR HSC SOFA 14

**Amounts Owed to Each Royalty Interest / Working Interest Holder \***

| Interest Holder | Amount |
|---|---|
| D. CONFUSION CONSULTING | 9,710.51 |
| D. K. BOYD OIL & GAS CO., | 215.44 |
| DARLENE GWEN KAPLAN | - |
| DAVID S. TRAMMELL TRUST #818 | 5,098.51 |
| DAVIS BROS., L.L.C. | 31.96 |
| DEBORAH S. CLEVELAND & | 109.28 |
| DENNIS MITCHELL | 802.33 |
| DENNIS RALPH ROSINI | 2,087.51 |
| DESERT PARTNERS IV, LP | 1,343.62 |
| DEVON LOUISIANA CORPORATION | 31.67 |
| DIANE GUEVREMONT - UA | 610.22 |
| DIANE M. GUEVREMONT | 0.96 |
| DJB ROYALTY VENTURES, L.P | 23.35 |
| DJB ROYALTY VENTURES, L.P. | 79.43 |
| DOH OIL COMPANY | (17.36) |
| DONNA L FREEMAN | 49.22 |
| DONNA L. FREEMAN | 77.47 |
| E G ENERGY, LLC | 104.35 |
| EDWARD DUSTY RHODES | 2,062.08 |
| EL HUEVO RANCHERO, LTD. | 156.64 |
| ELIZABETH A. PHILLIPS | (1,359.60) |
| ELIZABETH FABIAN HOWELL | 25,717.15 |
| ELIZABETH PHELAN WEBER | 126.42 |
| ELLEN BETH PRATT | 107.74 |
| ELLEN BROWNLEE ROBERTS | 1,321.13 |
| ENDEAVOR ENERGY RESOURCES, L P | 31,978.91 |
| ENRIQUETA GARRETT - UA | 804.70 |
| ENRIQUETA P. GARRETT | 191.05 |
| EOG RESOURCES, INC. | 3,989.94 |
| ESTATE OF WEBSTER KITCHELL HOWELL | 0.02 |
| FIRST INTERSTATE BANK OF OK | (96.56) |
| FLORIDA OIL LIMITED PRTSH | 199.20 |
| FOUNDATION ENERGY FUND II | 2,134.95 |
| FRANK ANDREW FASKEN | 15.67 |
| FRED E. TUCKER FAMILY | 139.54 |
| FREDERICK R. WOLFERMAN | 4,888.28 |
| FREDERICK ROBERT BRISTOL | 1,083.49 |
| GAIL FRANCES HELTON | 318.95 |
| GARY L. TODD | 974.03 |
| GARY L. TODD (RI) | 144.69 |
| GARY TODD - UA | 4,535.60 |
| GARY TODD - UA/CIT | 2,087.51 |
| GENE H. DAVIS | 253.34 |
| GEODYNE RESOURCES, INC. | 0.56 |
| GEORGE G. STALEY | 37,053.40 |
| GEORGE REYNOLDS BRISTOL | 1,083.49 |
| HEADINGTON ROYALTY, INC. | 21.73 |
| HERITAGE CONSOLIDATED | 531,506.45 |

# ATTACHMENT FOR HSC SOFA 14

**Amounts Owed to Each Royalty Interest / Working Interest Holder ***

| Interest Holder | Amount |
|---|---|
| HERITAGE OIL, L. P. | - |
| HERITAGE RESOURCES INC | 14,694.78 |
| HERITAGE STANDARD | (261.40) |
| HERITAGE STANDARD CORP. | 0.23 |
| HERITAGE STANDARD CORPORATION | - |
| INTREPID ENERGY L.L.C. | 0.42 |
| J D ENTERPRISES - UA | 1,049.34 |
| J. D. ENTERPRISES | 4,588.21 |
| J.P.MORGAN CHASE BANK, N.A. | 95.83 |
| JACK C. BESTROM & ASSOCIATES | 2.96 |
| JAMES D. JACKSON TRUST | 8,582.81 |
| JAMES O. MCBRIDE | 0.45 |
| JD MINERALS | 22.89 |
| JEAN STARR VICTORY | 141.63 |
| JIM MCBRIDE | 259.01 |
| JOAN MARIO BARNHILL VAUGHN | 6.78 |
| JOAN STARR DEVLIN | 141.63 |
| JODI L MOSS | 19.39 |
| JODI L. MOSS | 33.33 |
| JOE N. GIFFORD | 2,087.51 |
| JOHN E. & PARALEE M. HAYS | 6,155.98 |
| JOHN H. HEALY | 40.06 |
| JOHN LOMBARDO | 75.81 |
| JOHN M. COLLIN III | 107.74 |
| JOHN MICHAEL MCBRIDE | 259.04 |
| JON M. MORGAN | 0.03 |
| JON S. BROWN | 4.03 |
| JONATHAN BIRD | 141.63 |
| JPMORGAN CHASE BANK | 98.41 |
| JPMORGAN CHASE BANK, N.A. | 18.99 |
| JR OPERATING COMPANY | 2,087.51 |
| JULIA ROBERTSON | 212.63 |
| KAREN TANTALO LYONS | 343.70 |
| KATHERINE HILL JORDAN | 26.96 |
| KATHRYN GAFFNEY NEUHAUS | 75.81 |
| KAYE GAFFNEY | 75.81 |
| KISMET MINERALS #1, LTD. | 1.64 |
| KUHN OIL CO., INC. | 21.97 |
| LAURA KORACH HOWELL, WIDOW | 11,829.25 |
| LAUREN DAVIS - UA | 45.02 |
| LAW OFFICES OF BILL ALEXANDER | 33,818.80 |
| LEE CALDWELL | 1,111.51 |
| LES HONEYMAN | 253.34 |
| LESLIE N. BLAND | 114.57 |
| LIDA WOODUL | 369.24 |
| LINDA FERN LIVINGSTON NUTT | 65.38 |
| LINDA H. GOTTLIEB | 3,627.85 |
| LOCHBUIE LIMITED PARTNERSHIP | (35.26) |

# ATTACHMENT FOR HSC SOFA 14

**Amounts Owed to Each Royalty Interest / Working Interest Holder \***

| Interest Holder | Amount |
|---|---|
| LONNIE J. MCDADE - UA | 2,453.58 |
| LYNN W. CONINE | 126.69 |
| M IV OPS., INC. | 141.44 |
| M. M. PFEIFER | 0.17 |
| M. MCDONNOLD, JR. | 11,862.29 |
| MARGARET CATHERINE MCMILL | 5,914.63 |
| MARGARET HILL MARITAL TRUST | 0.17 |
| MARGARET PHELAN BIRD | 450.13 |
| MARGARET RUTH TRAMMELL TRUST | 3,747.22 |
| MARJORIE W. HUSZAGH | 679.22 |
| MARK & MITZI SHIDLER | 218.77 |
| MARK L. BRANUM | 102.63 |
| MARK LEE | 16.84 |
| MARVIN E. COWDEN | 212.63 |
| MARVIN L. WELCH | 1,128.96 |
| MARY ANN HUSTON | 3.40 |
| MARY BELL PHILLIPS, INDEPENDENT | 96.45 |
| MARY BELLE PHILLIPS | 2.07 |
| MARY C. PHILLIPS KALVITZ | 69.67 |
| MARY STARR KELLY | 141.63 |
| MAURA GAFFNEY LYNCH | 59.49 |
| MELINDA GIBSON ARCHER TRUST-1992 | 161.39 |
| MICHAEL A GIBSON TRUST | 67.61 |
| MICHAEL A. GIBSON TRUST | 93.78 |
| MICHAEL B. WISENBAKER | 2,087.55 |
| MICHAEL D. GLASSCOCK | 27.25 |
| MICHAEL H. HARRISON | 2,740.91 |
| MINERALS MANAGEMENT SERVICE | (274.63) |
| MINUJA OIL AND GAS, LLC | 142.34 |
| MUIRFIELD RESOURCES COMPANY | 66.58 |
| MUSTANG MUD, INC. | 3,052.71 |
| N. R. ROUSSELOT & SONS | 884.88 |
| NATIONAL XP COMPANY, LTD. | 2,346.52 |
| NELDA WALKER | 113.98 |
| NELDA Y. WILLIAMS | 66.43 |
| NEWELL BARKER | 63.21 |
| NOBLE ROYALTIES ACCESS FUND | 78.49 |
| NOESIS EXPLORATION COMPANY | 20,131.66 |
| NORTEX CORPORATION | 3,950.83 |
| OAK VALLEY MINERAL & LAND, L.P. | 139.95 |
| OLIVE GAFFNEY TWYMAN | 151.26 |
| OLIVE S. MOLUMPHY | 3,658.45 |
| O'NEILL PROPERTIES, LTD. | 205.21 |
| OTIS F. MILLWOOD | 1,346.20 |
| OTIS MILLWOOD - UA | 2,439.29 |
| OWEN M. BARNHILL | 6.78 |
| OXY USA WTP LP | 13,648.00 |
| PAM CLEMENTS | 34.07 |

# ATTACHMENT FOR HSC SOFA 14

**Amounts Owed to Each Royalty Interest / Working Interest Holder \***

| Interest Holder | Amount |
|---|---|
| PAMELA A. CORBETT | 892.37 |
| PAMELA A. EPPS | (240.78) |
| PAMELA CLEMENTS - UA | 264.36 |
| PAMELA CLEMENTS - UA/CIT | 1,084.94 |
| PAMELA O. SLEDGE | 126.69 |
| PANSY BARKER | 166.20 |
| PATRICIA MCMAHON CROCKER | 2,100.29 |
| PAULA STARR | (67.30) |
| PENROC OIL CORPORATION | 70.02 |
| PEREGRINE PETROLEUM HOLDI | 13,213.95 |
| PETER A. D'AURIA, JR. | 86.06 |
| PETER LOMBARDO | 32.31 |
| PHYLLIS A. SKINNER | 33.23 |
| PLAINSCAPITAL BANK, TRUST | 16,898.48 |
| PLAINSCAPITAL BANK, TRUSTEE OF THE | 267.14 |
| PRESIDENT AND FELLOWS OF | 149.90 |
| R. E. GLASSCOCK, CUSTODIAN | 14.72 |
| RENAUD MINERALS, LTD. | 302.45 |
| REYNOLDS FAMILY INVESTMENT | 1,083.49 |
| RICHARD BRADLEY GLASSCOCK | 121.95 |
| RICHARD E. WEINBERG | 218.77 |
| RICHARD W. PHELAN, JR. | 126.42 |
| RKC, INC. | 481.61 |
| RME OIL AND GAS COMPANY | 31.96 |
| ROBERT N. HINSON | 304.03 |
| ROBERT R. DERN, JR. | 33.23 |
| Roland L. Clifton, Jr. | 325.82 |
| ROLF K. LEUTWYLER | 79.71 |
| RONALD SLOVER | 802.32 |
| ROSE EMILY HOWELL | 45,342.16 |
| ROY E. KIMSEY, JR. | 170.38 |
| ROY E. NEWMAN | 1,107.14 |
| RUDOLPH LEROY HUSZAGH | 679.22 |
| SAMSON LONE STAR LTD. PRTSHP. | 1,126.92 |
| SEVEN FALLS COMPANY | 154.79 |
| SOUTHWEST PETROCORP, INC. | 318.95 |
| SOUTHWEST PETROLEUM COMPANY | 122.58 |
| SOUTHWEST ROYALTIES, INC. | 41,319.77 |
| SS/GAE, LTD. | 16,930.96 |
| SSB, L. P. | - |
| STATES ROYALTY LIMITED PARTNERSHIP | (1,896.32) |
| STEVEN P. FASKEN, TRUSTEE | 94.12 |
| SUSAN FASKEN HARTIN MGMT | 15.67 |
| SUSAN IRENE HILL | 26.96 |
| SUSAN MCMAHON BARKER BENFIELD | 2,100.28 |
| SYSTEM DOCTOR, INC. | 3,573.98 |
| T.C. CRAIGHEAD & COMPANY | 984.81 |
| T.J. PRODUCTION, LLC | 2,210.53 |

# ATTACHMENT FOR HSC SOFA 14

**Amounts Owed to Each Royalty Interest / Working Interest Holder \***

| Interest Holder | Amount |
|---|---:|
| TEXAS COMMERCE BANK | 37.98 |
| THE AMERICAN FRIENDS of | 18,344.51 |
| THE CHASE AVENUE CORPORATION | 11,386.97 |
| THE ESTATE OF MAURICE L. GAFFNEY, JR. | (20.08) |
| THE MARGARET HUNT HILL - | 12,831.88 |
| THE PERRINE-SWEET ROYALTY TRUST | (8.66) |
| THE WILLIAM C. EILAND FAMILY PARTNERS | 2,027.18 |
| THERESA D. KASPAR | 48.31 |
| THOMAS K & GRACE G MCGINL | 1,784.59 |
| THOMAS M. HAYLEY | 2,087.51 |
| TJ PRODUCTIONS - UA | 458.51 |
| TJ PRODUCTIONS - UA/CIT | 2,636.62 |
| TODD HUNT | (0.05) |
| TURTLE CREEK WINKLER, LTD. | 78.54 |
| U.S. FINANCIAL CORPORATION | 0.03 |
| UNITED STATES TREASURY | 72.76 |
| UNLEASED MINERAL INTEREST | 11,430.68 |
| VESTA L. P. | 1.61 |
| VIRGINIA SIMMONS PHILLIPS | 56.02 |
| W.L. ANDERSON | 8.53 |
| WARREN BURNETT | 1,566.84 |
| WELLS FARGO BANK, N.A. | 140.07 |
| WILLA MARIE ELIZONDO | 122.54 |
| WILLA MARIE ELIZONDO, TRUSTEE | 245.24 |
| WILLIAM C. EILAND | 1,127.55 |
| WILLIAM DAVID DONHAM | 6.26 |
| WILLIAM F. SCARBOROUGH TRUSTEE | 125.01 |
| WILLIAM KAY JAMISON | - |
| WILLIAM LOMBARDO | 91.34 |
| WILLIAM SCARBOROUGH | 114.49 |
| WILLIAM STANLEY SCARBOROUGH | 1,607.47 |
| WILLIAM W. HURLBUT | 92.95 |
| WINSTON R. SMITH, MARY S. CALLAHAN & | 125.01 |
| WISE OIL VENTURE | 525.77 |
| XTO ENERGY, INC. | 1,241.71 |
| **Grand Total** | **$    1,201,817.93** |

\*The Debtor holds certain funds on behalf of the interest holders to the
extent their claims are undisputed, unliquidated, and non-contingent.