CASE NAME: Heritage Standard Corporation

CASE NUMBER: 10-36485-HDH-11

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

Dallas DIVISION

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

RESPONSIBLE PARTY:

Original Signature of Responsible Party: [signature]

Printed Name of Responsible Party: Jason R. Searcy

Title: Liquidating Trustee

Date: 4-10-15

PREPARER:

Original Signature of Preparer: ____

Printed Name of Preparer: ____

Title: ____

Date: ____

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

CASE NAME: Heritage Standard Corp

CASE NUMBER: 10-36485-HDH-11

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING: March 31, 2015

| Bank Reconciliations | Account #1 | Account #2 | Account #3 | TOTAL |
|---|---|---|---|---|
| A. Bank | | | | |
| B. Account Number | | | | |
| C. Purpose (Type) | | | | |
| 1. Balance Per Bank Statement | | | | |
| 2. Add: Total Deposits Not Credited | | | | + |
| 3. Subtract: Outstanding Checks | | | | - |
| 4. Other Reconciling Items | | | | |
| 5. Month End Balance Per Books | | | | = |
| 6. Number of Last Check Written | | | | |
| 7. Cash: Currency on Hand | | | | + |
| 8. Total Cash - End Of Month | | | | = |

CASH IN:
INVESTMENT ACCOUNTS

| Bank, Account Name & Number | Date of Purchase | Type of Instrument | Value |
|---|---|---|---|
| 9. | | | + |
| 10. | | | + |
| 11. | | | + |
| 12. | | | + |
| 13. Total Cash-Investments | | | = |

| 14. TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | **** |

**** Must tie to Line 4, Quarterly Operating Report

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME: Heritage Standard Corporation

CASE NUMBER: 10-36485 - HDH-11

QUARTER ENDING: March 31, 2015

| | |
|---|---|
| 1. BEGINNING OF QUARTER CASH BALANCE: | |
| CASH RECEIPTS: | |
| CASH RECEIPTS DURING CURRENT QUARTER: | |
| (a). Cash receipts from business operations | + |
| (b). Cash receipts from loan proceeds | + |
| (c). Cash receipts from contributed capital | + |
| (d). Cash receipts from tax refunds | + |
| (e). Cash receipts from other sources | + |
| 2. TOTAL CASH RECEIPTS | = |
| CASH DISBURSEMENTS: | |
| (A). PAYMENTS MADE UNDER THE PLAN: | |
| (1). Administrative | + |
| (2). Secured Creditors | + |
| (3). Priority Creditors | + |
| (4). Unsecured Creditors | + |
| (5). Additional Plan Payments | + |
| (B). OTHER PAYMENTS MADE THIS QUARTER: | |
| (1). General Business | + |
| (2). Other Disbursements | + |
| 3. TOTAL DISBURSEMENTS THIS QUARTER | = |
| 4. CASH BALANCE END OF QUARTER | = |