

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 13, 2016**

**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In RE: § | |
| § | CASE NO. 10-36484-HDH-11 |
| HERITAGE CONSOLIDATED, LLC *et al* § | |
| § | CHAPTER 11 |
| DEBTORS § | (Jointly Administered) |

### FINAL DECREE

On this date came on to be considered the *Notice of Consummation and Application for Final Decree* filed by Jason R. Searcy, Trustee of the Heritage Liquidating Trust in the above styled and numbered cause. The Court finds that the Application was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate twenty-four (24) day negative notice language, pursuant to Local Rule of Bankruptcy Procedure 9007, which directed any party opposed to the granting of the relief sought by the Application to file a written response within twenty-four days or the Application would be deemed by the Court

to be unopposed.  The Court finds that no objection or other written response to the Application has been timely filed by any party.  Due to the failure of any party to file a timely written response, the allegations contained in the Application stand unopposed.  It appears to the Court that the estate of the Debtor has been fully administered and that consummation has occurred.  The Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the *Notice of Consummation and Application for Final Decree* is hereby **GRANTED**; and

**BE IT FURTHER ORDERED** that the Chapter 11 case of the above named Debtor is closed.

### END OF ORDER ###